*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

# MEMORANDUM OPINION

No. 04-08-00853-CV

Lawrence Louis **RODDICK**,
Appellant

v.

Un Chu **RODDICK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-18192
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   April 22, 2009

SET ASIDE AND REMANDED

This is an appeal from a judgment signed on August 22, 2008. The parties have filed a joint motion stating they have reached a settlement agreement to resolve this appeal and asking us to remand this case to the trial court with instructions to vacate the August 22, 2008, judgment and to enter any other orders needed to effectuate the agreement between the parties. We grant the motion, set aside the August 22, 2008, judgment without regard to the merits, and remand the cause

to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See*

TEX. R. APP. P. 42.1(a)(2)(B). Costs of appeal are taxed against the appellant. *See id*. 42.1(d).

PER CURIAM